# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| MONTENEQUE N. KNOX,<br>    #72611 | ) | |
| Plaintiff, | ) | 3:11-cv-00555-ECR-RAM |
| vs. | ) | |
| BAKER, | ) | **ORDER** |
| Defendant. | ) | |

On August 1, 2011, the court received an incomplete application to proceed *in forma pauperis* on which the box for "petitioner (writ of habeas corpus 28 U.S.C. §§ 2254 or 2241)" was checked. No petition or any other documents were submitted. This is insufficient to initiate a petition for writ of habeas corpus in this court. First, an application to proceed *in forma pauperis* must be complete and accompanied by the financial certificate signed by an authorized representative and the requisite inmate account information. Second, the habeas petition itself must be submitted, and, as with the application to proceed *in forma pauperis*, must be on the court's approved forms. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court."). Accordingly, this case must be dismissed.

1  **IT IS THEREFORE ORDERED** that petitioner's incomplete application to proceed *in forma pauperis* (docket #1) is **DENIED**.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment and close this case.

DATED this 10th day of August 2011.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE