UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MONTENEQUE N. KNOX,            )
                               )
    Petitioner,              )      3:11-cv-00555-LRH-RAM
                               )
vs.                            )      **ORDER**
                               )
BAKER,                         )
                               )
    Respondent.              )
_____/

On August 12, 2011, the court entered an order dismissing this action because petitioner had submitted an application to proceed *in forma pauperis*, but had not submitted a petition or any other documents (ECF #3). On August 15, 2011, judgment was entered (ECF #4).

Petitioner has now filed a motion for immediate release (ECF #9). However, this action is closed, and this motion must be denied as moot. As petitioner has been previously advised, if he wishes to file a petition for writ of habeas corpus he must either pay the filing fee or submit a completed application to proceed *in forma pauperis*, along with a habeas petition, both on the court's approved forms.

**IT IS THEREFORE ORDERED** that petitioner's motion for immediate release (ECF #9) is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner shall file no more documents in this closed case.

DATED this 11th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE